FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 DEC -3 AM 10: 26

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT LEE GREEN, JR.,              )
                                    )
        Petitioner,                 )
                                    )
v.                                  )        CASE NO. CV414-168
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Respondent.                 )
                                    )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 5). After careful consideration, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _3RD_ day of December 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA